# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES POTTER, JR., and VELDA C. JONES-POTTER, homeowners and residents of the State of Delaware, | § § § § | No. 56, 2016 |
| | § | Court Below - Court of Chancery |
| Defendant Below, Appellant, | § § § | of the State of Delaware |
| | § | |
| v. | § | No. 10528 |
| | § | |
| SC&A CONSTRUCTION, INC., a Delaware corporation, | § § § | |
| | § | |
| Plaintiff Below, Appellee. | § § | |

Submitted: August 24, 2016
Decided: September 7, 2016

Before **HOLLAND, VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 7th day of September 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its opinion dated January 6, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice